IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES RANDALL HARRISON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO.: 2:20-CV-504-RAH |
| | ) (WO) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## **MEMORANDUM OPINION and ORDER**

This matter is now before the Court on the Recommendation of the United States Magistrate Judge (Doc. 5) that the petition, construed as a § 2255 motion, be dismissed because the saving clause of 28 U.S.C. §2255(e) does not provide Petitioner Charles Randall Harrison ("Harrison") with a portal to proceed with a petition for writ of habeas corpus under 28 U.S.C. §2241, this Court is without jurisdiction to consider Harrison's challenge to his conviction entered by the United States District Court for the Northern District of Florida, and the interest of justice does not warrant a transfer.  (Doc. 5.)  On September 22, 2020, Harrison filed Objections (Doc. 7) to the Magistrate Judge's Recommendation.  Upon conducting an independent and de novo review of the record, the Court concludes the Objections are without merit and this case is due to be dismissed.  Accordingly, it is

2

ORDERED that the Objections (Doc. 7) are OVERRULED and the Magistrate Judge's Report and Recommendation (Doc. 5) to dismiss this case is ADOPTED.

A separate final judgment will be entered.

DONE, this 16th day of November, 2020.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE